

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Juan Espinoza,                * Original Proceeding

No. 11-19-00368-CV            * January 9, 2020

                                          * Per Curiam Memorandum Opinion
                                           (Panel consists of: Bailey, C.J.,
                                           Stretcher, J., and Wright, S.C.J.,
                                           sitting by assignment)
                                           (Willson, J., not participating)

This court has inspected Juan Espinoza's motion for stay and motion for temporary relief and concludes that the motion should be denied and that this cause should be dismissed. Therefore, in accordance with this court's opinion, this proceeding is dismissed.